

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2015

No. 04-15-00500-CV

**IN THE BEST INTEREST AND PROTECTION OF S.W.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-2596
Kelly Cross, Judge Presiding

No. 04-15-00505-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.W.**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-2544
Kelly Cross, Judge Presiding

# O R D E R

Appellant's briefs were originally due on September 7, 2015 and September 8, 2014, respectively. On September 22, 2015, this court granted appellant's motions for an extension of time in which to file a brief and motions to consolidate the appeals. In that order, we ordered appellant's retained attorney, Mr. Michael S. Raign, to file appellant's brief no later than October 8, 2015. Our order also stated that, because these are accelerated appeals, no further extensions of time would be granted absent extenuating circumstances. Mr. Raign has not filed appellant's brief.

Accordingly, Mr. Raign is hereby ORDERED to show cause in writing, <u>no later than November 2, 2015</u>, why these appeals should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

The Clerk of this court shall cause a copy of this order to be served on Mr. Raign by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2015.



Keith E. Hottle
Clerk of Court